UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
December 20, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BENJAMIN GILBERT, ) <br> ) <br> Defendant. ) | Case No. 2:18-MJ-00256-AC-2 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>BENJAMIN GILBERT</u>, Case No. <u>2:18-MJ-00256-AC-2</u>, Charge <u>21 USC §§ 846, 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __  Release on Personal Recognizance

  ✔  Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

    ✔  Unsecured Appearance Bond

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond with Surety

    __  Corporate Surety Bail Bond

    ✔  (Other)  <u>With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 20, 2018</u> at <u>3:30</u> PM.

By _____
Deborah Barnes
United States Magistrate Judge